**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

*Chaim Lowenstein,*

      Plaintiff(s)

  v.

*Tom Kane, Jr. and Dietz Kane & Associates Insurance Agency, Inc.,*

      Defendant(s)

**DISCLOSURE STATEMENT**

Case No.: *0:10-cv-02857-DWF-AJB*

---

Pursuant to FRCP 7.1, Dietz Kane & Associates Insurance Agency, Inc. states that it is a non-governmental corporate party; is not owned by any parent corporation; and is not owned in any part by a publicly held corporation.

Dated: August 27, 2010

**s/ Thomas J. Okoneski (146791)**
Okoneski Law Firm LLC
P.O. Box 9069
North St. Paul, MN  55109
Tel:  651-260-3524
e-mail:  **okolaw@q.com**

ATTORNEY FOR DIETZ KANE & ASSOCIATES INSURANCE AGENCY, INC.