## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Chaim Lowenstein,

   Plaintiff,

v.

Tom Kane, Jr. and
Dietz-Kane & Associates Insurance
Agency, Inc.,

   Defendants.

CIVIL NO.: 10-CV-02857-DWF-AJB

**PLAINTIFF'S MOTION TO STAY
THE PROCEEDINGS**

---

TO: DEFENDANTS TOM KANE, JR. AND DIETZ-KANE & ASSOCIATES INSURANCE
  AGENCY, INC., THROUGH THEIR ATTORNEY, MR. THOMAS J. OKONESKI,
  ESQ., OKONESKI LAW FIRM, LLC, P.O. BOX 9069, NORTH SAINT PAUL, MN
  55109

  Plaintiff Chaim Lowenstein hereby moves the Court for an Order granting his

motion to stay the proceedings in the above-captioned case.

  This Motion is based upon the accompanying Memorandum of Law, the Affidavit

of Bridget A. Sullivan, Esq. and attachments thereto, and all the files, records and

proceedings herein.

Dated:  October 14, 2010   *s/ Bridget A. Sullivan*
         Todd L. Gurstel (#185619)
         Bridget A. Sullivan (#265974)
         **GURSTEL CHARGO, P.A.**
         6681 Country Club Drive
         Golden Valley, MN  55427
         Telephone:  (763) 267-6700
         Facsimile:  (763) 267-6777

         **ATTORNEYS FOR PLAINTIFF
         CHAIM LOWENSTEIN**