**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Chaim Lowenstein, | |
|     Plaintiff, | CIVIL NO.: 10-CV-02857-DWF-AJB |
| v. | |
| Tom Kane, Jr. and<br>Dietz-Kane & Associates Insurance<br>Agency, Inc., | **AFFIDAVIT OF BRIDGET A.<br>SULLIVAN, ESQ. IN SUPPORT OF<br>MOTION TO STAY THE<br>PROCEEDINGS** |
|     Defendants. | |

---

STATE OF MINNESOTA )
                               )ss.
COUNTY OF HENNEPIN )

Bridget A. Sullivan, Esq., being first duly sworn, states as follows:

1.     I am one of the attorneys representing Plaintiff Chaim Lowenstein.

2.     Attached as Exhibit A is a true and correct copy of the Complaint filed in the above-captioned matter on July 2, 2010.

3.     Attached as Exhibit B is a true and correct copy of the Answer and Counterclaims of Tom Kane, Jr.

4.     Attached as Exhibit C is a true and correct copy of the Answer and Counterclaims of Dietz-Kane & Associates Insurance Agency, Inc.

5.     Attached as Exhibit D is a true and correct copy of the Complaint and Affidavit in Support of Application for Arrest Warrant requesting that a warrant be issued for Chaim Lowenstein in the State of New York.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*s/ Bridget A. Sullivan*
Bridget Sullivan

Subscribed and sworn to before me this
14th day of October, 2010.

*s/ Ida Nicole Ferguson*
Notary Public

2