# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE

| | |
|---|---|
| Lowenstein,<br><br>        Plaintiff,<br><br>v.<br><br>Kane, et al.,<br><br>        Defendant. | **COURT MINUTES**<br>Case Number:  cv 10-2857 DWF/AJB<br><br>Date:                           10/20/10<br>Time Commenced:    9:30 a.m.<br>Time Concluded:       9:45 a.m.<br>Time in Court:          15 Minutes |

Pretrial Conference held before Arthur J. Boylan, United States Chief Magistrate District Judge, at St. Paul, Minnesota.  Scheduling order to be issued.

                                                                                          s/ Kathy Thobe
                                                                                            Judicial Assistant