UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHAIM LOWENSTEIN, | Case No.   10-2857 DWF/AJB |
| Plaintiff, | |
| v. | ORDER/NOTICE OF SETTLEMENT CONFERENCE |
| TOM KANE, JR., ET AL., | |
| Defendants. | |

A settlement conference will be held on November 8, 2010, at 10:00 a.m., in Chambers 334, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who <u>will actually try the case</u> and <u>each party</u>, <u>armed with full settlement discretion</u>, shall be present.  If individuals are parties to this case, they shall be present.  If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present.  This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference.  If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied.  If an insurance company is involved, the responsible agent must be present.

The parties shall note that the settlement conference will not be terminated to accommodate any travel plans.  If needed, hotel reservations should be made in advance of the conference to accommodate continuing settlement efforts that extend past the usual business hours.

Dated:  October 20, 2010

  s/ Arthur J. Boylan
ARTHUR J. BOYLAN
Chief United States Magistrate Judge