# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

| | |
|---|---|
| Lowenstein, | **COURT MINUTES** |
| Plaintiff, | Case Number: cv 10-2857 DWF/AJB |
| v. | Date: 11/2/10 |
| | Time Commenced: 11:00 a.m. |
| Kane, et al., | Time Concluded: 11:05 a.m. |
| | Time in Court: 5 Minutes |
| Defendant. | |

Telephone Conference held before Arthur J. Boylan, United States Chief Magistrate District Judge, at St. Paul, Minnesota.

                                                               s/ Kathy Thobe
                                                                   Judicial Assistant