UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAIM LOWENSTEIN,                              Case No.  10-2857 DWF/AJB

      Plaintiff,

                                                  ORDER

v.

TOM KANE, JR., ET AL.,

      Defendants.

---

WHEREAS, the Court has received Plaintiff's letter dated November 1, 2010, requesting that the plaintiff, Chaim Lowenstein, be allowed to appear telephonically for the Settlement Conference scheduled to commence at 10:00 a.m. on November 8, 2010, and

WHEREAS, the Court held a telephone conference with the parties on November 2, 2010, to discuss said request,

NOW THEREFORE, IT IS HEREBY ORDERED that the Plaintiff's request is **denied**. Plaintiff Chaim Lowenstein must appear in person for the Settlement Conference at 10:00 a.m. on November 8, 2010.

Dated: November 2, 2010

                                                              s/ Arthur J. Boylan
                                                              ARTHUR J. BOYLAN
                                                              United States Chief Magistrate Judge