UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Chaim Lowenstein,

    Plaintiff,

v.

Tom Kane, Jr. and
Dietz-Kane & Associates Insurance
Agency, Inc.,

    Defendants.

CIVIL NO.: 10-CV-02857-SRN-AJB

**AFFIDAVIT OF
THOMAS J. OKONESKI**

---

STATE OF MINNESOTA    )
                               ) ss.
COUNTY OF RAMSEY  ).

I, Thomas J. Okoneski, being first duly sworn, states as follows:

1. I am an attorney licensed to practice law in the State of Minnesota and admitted before this Court. This Affidavit is based upon my personal knowledge.

2. Attached hereto as Exhibit B is a true and correct copy of the transcript from Plaintiff's deposition of Tom Kane, Jr. in the above entitled action, along with the exhibits thereto.

3. I asked Peter Nikolai, Esq., an experienced intellectual property attorney with the firm Nikolai & Mesereau, P.A. located in Minneapolis, MN to research the status of the websites referenced in Plaintiff's Complaint. Mr. Nikolai reported that none of the websites referenced in Plaintiff's Complaint are active and all are available for purchase.

1



EXHIBIT ("B") KANE MEMO

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Thomas J. Okoneski, Esq.

Subscribed and sworn to before me this
19th day of September, 2010.

_____
Notary Public

JUDITH A. KENNEDY
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2015