

**WHOIS search results for:**
247COFFEE.COM
(Registered)

**Is this your domain?** Add hosting, email and more.

**Want to buy this domain?** Get it with our Domain Buy service.

The data contained in Blue Razor Domains, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of Blue Razor Domains, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, Blue Razor Domains, Inc. is not the registrant of domain names listed in this database.

Registrant:
Tom Kane
674 6th Street East
St. Paul, MN 55106
United States

Registered through: Blue Razor Domains, Inc.
Domain Name: 247COFFEE.COM
Created on: 28-Jun-99
Expires on: 28-Jun-13
Last Updated on: 30-Jul-08

Administrative Contact:
Kane, Tom tk-jr@popp.net
674 6th Street East
St. Paul, MN 55106
United States
6512471011

Technical Contact:
Kane, Tom tk-jr@popp.net
674 6th Street East
St. Paul, MN 55106
United States
6512471011

Domain servers in listed order:
PARK1.BLUERAZOR.COM
PARK2.BLUERAZOR.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand against internet squatters who could try to buy up these names in the hopes of selling them to you at an inflated price. It also enables you to capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

*Alternate TLDs*

| Domain | | Price |
|---|---|---|
| 247coffee.co | SAVE! | $14.99*/yr |
| 247coffee.info | SAVE! | $1.99*/yr |
| 247coffee.ca | | $12.99/yr |
| 247coffee.mobi | SAVE! | $6.99*/yr |
| 247coffee.me | SAVE! | $9.99/yr |
| 247coffee.tv | SAVE! | $29.99/yr |
| 247coffee.ws | | $14.99/yr |
| 247coffee.cc | | $19.99/yr |

*Similar Premium Domains*

| Domain | Price |
|---|---|
| CoffeeMemorabilia.com | $449.00* |
| CoffeeDrinking.com | $949.00* |
| ThermalCoffee.com | $750.00* |
| ChocolateAndCoffee.com | $1,388.00* |
| CoffeeChocolate.com | $2,300.00* |
| Chocolate-Coffee.com | $888.00* |

*Similar Domains*

| Domain | Price |
|---|---|
| 247coffees.com | $11.99*/yr |
| the247coffee.com | $11.99*/yr |
| 247coffeesite.com | $11.99*/yr |
| my247coffee.com | $11.99*/yr |
| 247coffeeonline.com | $11.99*/yr |
| new247coffee.com | $11.99*/yr |
| 247coffeestore.com | $11.99*/yr |
| free247coffee.com | $11.99*/yr |

**Domains available at Go Daddy Auctions®:**

| Domain | Price |
|---|---|
| coffeecalendar.com — Ends on: 8/20/2011 12:00:00 AM PDT | $7,000.00* |
| arlingtoncoffee.com — Ends on: 8/11/2011 12:14:00 PM PDT | $1,699.00* |
| tampacoffee.com — Ends on: 8/11/2011 12:06:00 PM PDT | $2,349.00* |
| coffeemaniacs.com — Ends on: 8/11/2011 10:47:00 AM PDT | $499.00* |
| ovalcoffeetable.com — Ends on: 8/11/2011 10:26:00 AM PDT | $1,799.00* |
| coffee-blend.com — Ends on: 8/9/2011 9:00:00 AM PDT | $499.00* |



Exhibit 2
Pg ___ of ___

**Learn more about**

Private Registration      Deluxe Registration
Business Registration      Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Search for another domain name in the WHOIS database

[ Enter a domain name to search ] [.com] [ SEARCH ]

| Account Manager | Shopping | Resources | Help & Support | About Go Daddy | Sign Up For Special Offers |
|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | Careers | YourEmail@YourWebsite.com |
| My Renewals | Product Catalog | WHOIS search | Go Daddy Community | Security Center | |
| My Upgrades | Product Advisor | ICANN Confirmation | Discussion Forums | Company Info | Join Our Community Forums |
| Account Settings | Go Daddy Gear | Affiliates | Help and Guides | News Center | |
| Customer Information | Gift Cards | Follow & Fan Us | User Groups | Customer Testimonials | |
| Order History | Go Daddy Mobile | Legal | Submit Support Ticket | Marketing Opportunities | |
| Create Account | Today's Offers | Commercial Contests | Site Suggestions | .ME Scholarship | SECURE SHOPPING |
| | | Site Map | Report Spam | Round Up for Charity | |
| | | | Go Daddy Scoop | | |

**Our Partners**

     

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on January 13, 2011.
Legal    Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2011 GoDaddy.com, Inc. All rights reserved.

 

Although it often appears "WHOIS" or "WhoIs", the term is not an acronym. It means literally "Who is", referring to the searchable database that stores domain information for every URL currently registered on the Internet. Think of the WHOIS database as the "white pages" of the Internet neighborhood.

Search the GoDaddy.com WHOIS database whenever you want to know who a particular Web site belongs to. You may even be able to find the name and contact information of the business or individual who holds the registration on that domain. If the registration is private, specific information such as the holder's name, address, phone number and email address will be hidden from public view.

There are a number of reasons why you might want to use the GoDaddy.com WHOIS database:

- If you're a domainer, you might have your eye on a particular domain name(s) and want to know when it expires in the hopes of registering it yourself. You might also wish to approach the registrant with a private purchase offer.

- If you are the legal owner of a copyrighted name and you find someone else has registered a domain with that name in it, you'll want to take legal action against whoever's infringed on your rights by "cyber-squatting" on your Internet territory.

- If you come across your own original content reproduced without permission on another Web site, you may want to look up the name of the domain registrant in order to file a DMCA complaint against him or her. This federal act makes it illegal for anyone to produce or distribute another's original material on the Internet.

Law enforcement agencies use the WHOIS database to support national and international efforts including copyright protection and anti-terrorism laws. They're able to identify the registrant - or at least the host or registrar - of every domain name registered today. Legal infractions that can't be traced to an individual or business can certainly be traced to a registrar. Depending on the offense, the registrar may warn the site owner or shut down the Web site altogether.

GoDaddy.com has been active in combating Internet crime and abuse. GoDaddy.com lawyers have testified before the U.S. House Judiciary Subcommittee on Crime, Terrorism and Homeland Security about the rapid proliferation of illegitimate pharmacies and child pornography on the Internet. In fact, the company had a hand in the 2008 passage of the Ryan Haight Online Pharmacy Consumer Protection Act, named after a California teenager who died from an overdose of a drug he bought online.