
YAHOO! MAIL Classic

**What nonsense!**

From: "tom@armor247.com" <tom@armor247.com>
To: chaim@webcom247.com

Sunday, August 17, 2008 5:08 PM

Chaim

By the time I am finished with you... I will have destroyed your reputation and any livelihood... I will use anything and everything against including the AMEX investigation... Even if I knew and was fully aware of all the charges made to the account so what I can convince them to go after you.... Unless you pay me and cooperate then you forget about ever getting back all of your domain names and websites... You see that Godaddy believes me and I control all access to your account...

I am the victim here and you caused me to do this therefore it is all your fault... What damages ... are you crazy!

I took down the armor247 website even though you wanted to take over the business.... I can do whatever I want since I am one of the owners...

You can start by paying me 5000 money order. Send it to Dietz-Kane Insurance 674 6th Street East St Paul MN 55106

You better do what I say otherwise you will continue to pay the price for making me the victim here....

Tom

Exhibit 3
Pg ___ of ___