# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Chaim Lowenstein,

       Plaintiff,

v.

Tom Kane, Jr. and
Dietz-Kane & Associates Insurance
Agency, Inc.,

       Defendants.

CIVIL NO.: 10-CV-02857-SRN-AJB

**LR 7.1(C) WORD COUNT
COMPLIANCE CERTIFICATE
REGARDING DEFENDANTS'
MEMORANDUM OF LAW IN
SUPPORT OF MOTION FOR PARTIAL
JUDGMENT ON THE PLEADINGS OR
PARTIAL SUMMARY JUGMENT**

I, Thomas J. Okoneski, certify that Defendants' Memorandum of Law In Support of Motion for

Partial Judgment on the Pleadings to Plaintiff's or Partial Summary Judgment complies with

Local Rule 7.1 (d).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2010, and that

this word processing program has been applied specifically to include all text, including

headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 5840 words.

Date:  September 19, 2011

    *s/Thomas J. Okoneski*
    Thomas J. Okoneski (# 146791)
    Okoneski Law Firm LLC
    P.O. Box 9069
    North St. Paul, MN  55109
    Telephone:  (651) 260-3524

    ATTORNEY FOR DEFENDANTS