## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Chaim Lowenstein,

       Plaintiff,

                                  CIVIL NO.: 10-CV-02857-SRN-AJB

v.

Tom Kane, Jr. and                           **AFFIDAVIT OF**
Dietz-Kane & Associates Insurance       **THOMAS J. OKONESKI**
Agency, Inc.,

       Defendants.

---

STATE OF MINNESOTA      )
                                  ) ss.
COUNTY OF RAMSEY  ).

I, Thomas J. Okoneski, being first duly sworn, states as follows:

1. I am an attorney licensed to practice law in the State of Minnesota and admitted before this Court. This Affidavit is based upon my personal knowledge.

2. Attached hereto as Exhibit #1 are true and correct copies of an American Express Credit Card Statement in the name of Tom Kane Jr and ArmorCore Tech LLC at its St. Paul, MN address and showing a charge of $159.55 to Blue Razor; and four (4) pages of a Blue Razor Domains, Inc. receipt showing that Chaim Lowenstein of 674 Sixth Street E, St. Paul, MN used an AMEX card in the name of Tom Kane Jr to purchase various domain names.

3. Attached hereto as Exhibit #2 is a true and correct copy of a letter from Okoneski to Godfread dated August 3, 2011.

4. Attached hereto as Exhibit #3 is a true and correct copy of the fraudulent email from tom@armor247.com to bgoodman@firststepsconsulting.com and the explanation of how it was determined that the email came from Brooklyn, New York and not from Tom Kane, Jr.  This exhibit consists of six (6) pages.

5. Attached hereto as Exhibit #4 is a true and correct copy of an Original Offense/Incident Report consisting of six (6) pages.

6. Attached hereto as Exhibit #5 is a true and correct copy of an "Bad Request (Invalid Hostname) for http://247coffee.com and "The webpage cannot be found"  HTTP 400 Bad Request report.

7. Attached hereto as Exhibit #6 is a true and correct copy of a Domain Disputes email to Lowenstein which refers to and contains an email from Chaim@webcom247.com to domaindsiputes@godaddy.com.

8. Attached hereto as Exhibit #7 is a true and correct copy of an email from Annette@wealtheng.com to Chaim@webcom247.com.

9. Attached hereto as Exhibit #8 is a true and correct copy of an email from pandjoverlie@jandmtaxes.com to Chaim at ArmoreCore.

10. Attached hereto as Exhibit #9 is a true and correct copy of United States' Complaint against Seth Lowenstein, aka Chaim Lowenstein.

*Signature on next page*

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Thomas J. Okoneski*
Thomas J. Okoneski (# 146791)
Okoneski Law Firm LLC
P.O. Box 9069
North St. Paul, MN  55109
Telephone: (651) 260-3524
E-mail: okolaw@q.com

ATTORNEY FOR DEFENDANTS