UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chaim Lowenstein,

    Plaintiff,

v.

Tom Kane, Jr. and
Dietz-Kane & Associates Insurance
Agency, Inc.,

    Defendants.

CIVIL NO.: 10-CV-02857-DWF-AJB

**AFFIDAVIT OF TOM KANE, JR.**

STATE OF MINNESOTA    )
                                ) ss.
COUNTY OF WASHINGTON  ).

Tom Kane, Jr. being first duly sworn, states as follows:

1. That in 2007 Chaim Lowenstein told me that his coffee business was not operating and was dormant because the partner that was operating these businesses had left. I have no reason to believe and have not seen any evidence to indicate that Lowenstein had any actual coffee business(es) since 2007. In fact, starting about the time Lowenstein and I started ArmorCore Technologies, LLC and through about the spring of 2008, I offered four or five different times to have Dietz-Kane buy coffee from Lowenstein, but each time Lowenstein told me he could not sell Dietz-Kane any coffee because his coffee business was not in operation.

2. I have learned from U.S. Districts Attorney and Maria Albright, an Investigator of the United States Postal Inspection Services, that the United States seized approximately $575,000 of cash and assets from Chaim (Seth) Lowenstein within a month or two of his indictment for mail fraud.

1

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Tom Kane, Jr.

Subscribed and sworn to before me this
17th day of October, 2011

_____
Notary Public

Stamp



MAUREEN J. MEIZINGER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2015