**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CIVIL MOTION HEARING**

**COURT MINUTES**
BEFORE: Susan Richard Nelson
United States Judge
Courtroom 7B

Chaim Lowenstein,
      Plaintiff,
v.

Tom Kane, Jr., and
Deitz-Kane & Associates
Insurance Agency, Inc.
      Defendants.

| | |
|---|---|
| Case No: | CV-10-2857 SRN/AJB |
| Date: | October 31, 2011 |
| Court Reporter: | Carla Bebault |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 11:55 a.m. |
| Time in Court: | 2 Hours & 25 Minutes |

**APPEARANCES:**

  For Plaintiff:    Paul A. Godfread
                       Bridget Sullivan - (former counsel) Re: Deft's Motion for Sanctions
  For Defendant:  Thomas J. Okoneski

**PROCEEDINGS:**

☒ **Oral Argument Hearing**

Hearing on Plaintiff's Motion for Judgment on the Pleadings With Respect to All Counterclaims and Summary Judgment Claims [Doc. 32].

Defendants' Motion for Partial Judgment on the Pleadings or Partial Summary Judgment [Doc. 34].

Defendants' Motion for Sanctions Pursuant to Rule 11 [Doc. 40].

**DISPOSITIONS:**

The motions [Doc. Nos. 32, 34, and 40] were submitted, argued, and **TAKEN UNDER ADVISEMENT**.

☒ Order to be issued

                                                                         s/ *Lynn Holden*
                                                                         Calendar Clerk